<u>AFFIDAVIT OF DAVID C. DEAL</u>

BEFORE ME, the undersigned authority, on this day personally appeared DAVID C. DEAL, known to me to be a credible person, who, after being first duly sworn on oath, deposes and states as follows:

1. I am over the age of eighteen (18) years, and am fully competent to give testimony. I have personal knowledge that the following statements and facts are true and correct.

2. I am currently employed by The Law Office of David C. Deal, P.L.C. located in Crozet, Virginia in the capacity of owner and principle.

3. The Law Office of David C. Deal P.L.C. was retained by Benjamin Disinger for a claim of copyright infringement against Prestige Art Studios LLC.

4. My billing rate is $250.00/hour.

5. Between January 25, 2017 and April 2, 2018, I performed fifteen (15) hours of work on Mr. Disinger's behalf, including examining the claim, drafting a demand letter to Prestige Art Studios LLC, and following up by letter, telephone, and email. I also performed legal research, drafted and filed the complaint, and secured proper service on Prestige Art Studios LLC.

6. My total fees and costs in this case are $4,283.90, which include $3,750.00 in fees and $533.90 in costs ($400.00 filing fee, $133.90 service of process)

Dated: April 2, 2018

_____
DAVID C. DEAL

SUBSCRIBED AND SWORN to before me on April 2, 2018, by DAVID C. DEAL, Affiant.

_____
Notary Public, Commonwealth of Virginia

Beverly Elane Gentry
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7369153
My Commission Expires 11/30/2019