IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

BENJAMIN DISINGER,

    Plaintiff,

v.      Civil Action No. 1:17-cv-1409

PRESTIGE ART STUDIOS LLC,
*et al.*,

    Defendants.

## ORDER

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated May 1, 2018, in response to Plaintiff's Motion for Default Judgment. Defendant Prestige Art Studio filed an objection on May 15, 2018.

Based on a de novo review of the evidence in this case, having reviewed the Report and Recommendation, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Defendant Prestige Art Studios had the opportunity to appear and challenge the motion for default judgment. Defendant elected not to do so and now files a response that attempts to try a case that it made no appearance in. The Defendant makes no motion to reopen or show any just cause why there should be any further hearing

on the evidence. Defendant's opposition comes too late. Accordingly, this Court affirms the findings of the Magistrate Judge. It is hereby

ORDERED that a default judgment be entered in favor of plaintiff Benjamin Disinger and against defendant Prestige Art Studios LLC, and that an order be entered that enjoins defendant Prestige Art Studios LLC, and its officers, agents, servants, employees, affiliated entities, and all those in active concert with it, from copying, displaying, and distributing plaintiff's Copyrighted Work. It is

FURTHER ORDERED that judgment be entered against Prestige Art Studios LLC, in the amount of $13,883.90 (consisting of $9,600.00 in actual damages arising from the copyright infringement claim and $4,283.90 in attorney's fees and costs).

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 13, 2018

2